United States District Court
Northern District of Florida
Pensacola Division
_____

Roland A. Prenatt
DC# 188594
_____
Petitioner

v.

Blackwater River Corr.
Rehabilitation Facility
_____
Respondent

Case No: 3:24CV450-LC-HTC

## Motion for Preliminary Injunction

Petitioner, Roland A. Prenatt, an inmate in the FLA. Dept. of Corrections, and housed at Blackwater River Corr. Rehab. Facility in Milton, FLA, a private prison ran by G.E.O., Now comes seeking a Preliminary Injunction or order of protection until the grievace proceedure can be completed and a "1983" Civil Rights Complaint can be filed, for the following reasons:

The Petitioner has requested protection multiple times over the last couple of days and keeps being denied, even though his life is in serious danger of severe bodily harm and possibly even death. Last year, Jan. 15, 2023, the Petitioner while housed at North West Florida Reception Center was forced to traffic drugs by gang members, which he turned in to the officers and given a protection transfer, because high ranking members of the "Blood" gang had placed a hit on the petitioners head. Now approx. 18 months later word was passed to Blood Gang members at Blackwater River C.F. to take the petitioner out by any means necessary. So now the Petitioner is trying to get protection and nobody is helping. The Petitioner has spoke to

a couple of officers and a Sargent, but was told "We Don't Do That Here, To grow Up and be a Man"! And if the Petitioner is not given any protection soon, then he will become a victum.

So the petitioner requests that this Honorable court give an order for Preliminary Injuction or order Blackwater River C.F. to provide protection to the petitioner immediately to ensure his safety, in accordance with Fla. Dept. of Corr. Ch.33 rules.

Your honor I am an inmate in prison, and I did the right thing when I turned those drugs in, and now my life is in danger because of it and I just ask that the right thing be done for me, protect me. Please?

### Certification

I declare, under penalty of perjury, that all information stated above and included on or with this motion is true and correct.

Date: 9/16/24          Petitioner _____
                                    Roland A. Prenatt

I certify and declare, under penalty of perjury, that this Motion was delivered to prison staff for mailing on 16th day of Sept. 2024. To be mailed via U.S. Mail.

_____
Roland A. Prenatt
DC# 188594
Blackwater River C.F.
5914 Jeff Ates Rd.
Milton, Fla.
      32583

(2)

Roland A. Prenatt
DC# 188594
Blackwater River C.F.
5914 Jeff Ates Rd.
Milton, FLA.
    32583

United States District Court
Northern District of Florida
Clerk of the Court
100 North Palafox Street
Pensacola, FLA.
    32502



SEP 20 2024

THIS MAIL ORIGINATED FROM A CORRECTIONAL FACILITY

Legal Mail
Provided to correctional
for mailing Initials